Carrie H. Martis and Del F. Martis, Plaintiffs-Appellants, v. Anna Hatzipanagiotis, Defendant-Appellee.

**Gen. No. 11,734.**

Second District, Second Division.

October 14, 1963.

Schmid and Orstrom, of Glen Ellyn, for appellants; Rathje, Woodward & Dyer Associates, of Wheaton (Robert E. Dyer, of counsel), for appellee.

Opinion by JUDGE SPIVEY. **Not to be published in full.**